UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARVEY HALL * | | |
|    Plaintiff * | | CASE NO. |
| * | | |
| VERSUS * | | JUDGE |
| * | | |
| DOLGEN, LLC. DBA DOLLAR GENERAL | | |
| CORPORATION * | | MAGISTRATE |
|    Defendant * | | |
| * | | A JURY IS DEMANDED |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF REMOVAL

TO:    The Honorable Judges
        of the United States District Court
        for the Eastern District of Louisiana

Defendant, DG Louisiana, LLC (hereinafter, "Defendant") respectfully submit this Notice of Removal of the above-styled matter, and as cause therefore shows as follows.

1.

On February 17, 2021, the attached Petition for Damages was filed in Civil District Court for the Parish of Orleans, State of Louisiana, entitled *Harvey Hall versus Dolgen, LLC* bearing case number 2021-01419.[1] Defendants were served with the Petition on June 18, 2021.

2.

Plaintiffs' Petition alleges personal injuries as a result of an incident on February 26, 2020 at the Dollar General store located at 5700 Crowder Boulevard in New Orleans, Louisiana, where Plaintiff Harvey Hall alleges he sustained damages, including, permanent injuries and disabilities,

---

[1] *See* Petition for Damages, attached as Exhibit "A".

1

when suddenly the shopping cart's anti-theft device, located on the wheels, locked causing him to fall to the ground. The Petition for Damages does not contain any information that would put Defendants on notice that the potential amount in controversy for this matter exceeds $75,000.00, exclusive of interest and costs, however pre-suit communications with plaintiff's counsel and Dollar General Risk Management in this matter reflect the amount in controversy exceeds $75,000.

3.

As required under Louisiana law, Plaintiff's Petition did not specify an amount of damages sought. The Fifth Circuit Court of Appeals has established the framework for resolving jurisdictional disputes where no specific amount of damages is asserted in the Petition.[2] The removing defendant must prove, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.[3] The defendant may make this showing in two ways: (1) by demonstrating that it is "facially apparent" that the claims are likely in excess of $75,000, or (2) "by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount."[4]

4.

As previously stated, DG Louisiana, LLC, was served with the Petition on June 18, 2021. Thus, removal is timely pursuant to 28 U.S.C. §1446(b)(1).

5.

Plaintiff Harvey Hall's pre-suit settlement demand and medical records indicate without ambiguity that the amount in controversy in this case exceeds $75,000. Plaintiff alleges as a result of the subject incident he underwent a right femur surgery on February 26,2020.  Further plaintiff

---

[2] *James v. Home Depot USA, Inc.*, 2002 WL 1453824 at *1 (E.D. La. 2002) (*citing Luckett v. Delta Airlines*, 171 F.3d 295, 298 (5th Cir. 1999)).
[3] *Id.*
[4] *Id.*

is alleging his medical specials exceed $150,000. This Court should find that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this court on the basis that:

    A. The properly joined parties to this action are completely diverse:

        1. Plaintiff, Harvey Hall, is a person of full age of majority and a domiciliary of the Parish of Orleans, State of Louisiana (Ex. "A", Petition for Damages);

        2. Dolgencorp, LLC, is a single member limited liability company whose sole member is Dollar General Corporation which is incorporated and has its principal place of business in Tennessee.

    B. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

7.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

8.

The Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in

accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

9.

Defendants pray for a jury trial on all issues.

**WHEREFORE**, removing Defendant, DG Louisiana LLC, prays that the above action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana be removed therefrom to this Honorable Court.  Defendants additionally pray for a jury trial on all issues.

**Respectfully submitted,**

   */s/ Shannon O. Harrison*
TREVOR C. DAVIES (LA Bar No. 32846)
SHANNON O. HARRISON (LA Bar No. 26163)
MAX C. HADLEY (la Bar No. 38764)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
E-Mail: sharrison@wkdlawfirm.com
ATTORNEYS FOR DG LOUISIANA LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic filing system this 16 day of July, 2021.

                                          */s/ Shannon O. Harrison*